## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Renee Ehret<br>    aka Renee T. Ehret<br>    aka Renee Theresa Ehret<br>    William Edward Ehret Jr.<br>    aka William Edward Ehret<br>    aka William Ehret<br>    aka William Ehret, Jr.<br>    aka William E. Ehret<br>    aka William E. Ehret, Jr.<br><br>        **Debtors** | BK NO. 19-00252 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                                Respectfully submitted,

                                                **/s/ James C. Warmbrodt, Esquire**
                                                James C. Warmbrodt, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                215-627-1322