```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-00252-RNO
William Edward Ehret, Jr.                                           Chapter 13
Renee Ehret
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-5           User: DGeorge              Page 1 of 2           Date Rcvd: Apr 04, 2019
                               Form ID: ntcnfhrg          Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db/jdb          William Edward Ehret, Jr.,    Renee Ehret,    2154 White Dove Drive,
                 East Stroudsburg, PA 18302-8158
cr             +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
5152770        +BARCLAYS BANK,    PO BOX 8803,    WILMINGTON, DE 19899-8803
5152771        +BERKHEIMER TAX ADMINISTRATION,    50 NORTH SEVENTH STREET,    BANGOR, PA 18013-1795
5157980        +Berkheimer,Middle Smithfield twp/E. Stroudsburg SD,    50 North Seventh Street,
                 Bangor, PA 18013-1731
5161508         CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
5180416        +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
5152775         DIRECTV,    C/O DIVERSIFIED CONSULTANTS INC,    PO BOX 1391,    SOUTHGATE, MI 48195-0391
5152774        ++DIRECTV LLC,   ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: DIRECTV,    ATTN BANKRUPTCIES,    PO BOX 6550,
                 GREENWOOD VILLAGE, CO 80155-6550)
5176170         Directv, LLC,    by American InfoSource as agent,    PO Box 5008,   Carol Stream, IL 60197-5008
5152777        +FIRST ENERGY MET ED,   C/O ASSOCIATED CREDIT SVS,    115 FLANDERS ROAD STE 140,
                 WESTBOROUGH, MA 01581-1087
5152778         FIRST NATIONAL CREDIT,    500 E 60TH ST N,    SIOUX FALLS, SD 57104-0478
5152779         FIRST NATIONAL CREDIT CARD,    PO BOX 5097,    SIOUX FALLS, SD 57117-5097
5152780         FIRST PREMIER,    3820 N LOUISE AVENUE,    SIOUX FALLS, SD 57107-0145
5152781         FIRST PREMIER BANK,    PO BOX 5524,    SIOUX FALLS, SD 57117-5524
5152782        +FORTIVA PL/TBOM,    5 CONCOURSE PARKWAY,    SUITE 400,    ATLANTA, GA 30328-9114
5152783         HEALTH NETWORK LABORATORIES,    794 ROBLE ROAD,    ALLENTOWN, PA 18109-9110
5152785         KPMG,   2323 ROSS AVENUE,    SUITE 1400,    DALLAS, TX 75201-2721
5152786        +LEHIGH VALLEY ANES SERV,    LOCK BOX 3367 PO BOX 8500,    PHILADELPHIA, PA 19178-0001
5152787         LEHIGH VALLEY HEALTH NETWORK,    PO BOX 4067,    ALLENTOWN, PA 18105-4067
5152788         LEHIGH VALLEY HOSPITAL,    C/O PENN CREDIT,    PO BOX 988,   HARRISBURG, PA 17108-0988
5152790         LENDING CLUB CORPORATION,    C/O VITAL RECOVERY SERVICES LLC,    PO BOX 923748,
                 PEACHTREE CORNERS, GA 30010-3748
5152791        +LENDMARK FINANCIAL SERVICES,    2959 ROUTE 611 STE 105,    TANNERSVILLE, PA 18372-7926
5152792         MEDICAL IMAGING OF LEHIGH VALLEY,    2 MERIDIAN BLVD 2ND FL,    WYOMISSING, PA 19610-3202
5152793        +MERCURY CARD SERVICES,    PO BOX 84064,    COLUMBUS, GA 31908-4064
5152795        +NAVIENT,    C/O EIS COLLECTIONS,    PO BOX 1370,    REYNOLDSBURG, OH 43068-6370
5152796         NISSAN MOTOR ACCEPTANCE CORP,    BANKRUPTCY DEPARTMENT,    PO BOX 660366,    DALLAS, TX 75266-0366
5169128        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
5152799        +POCONO MEDICAL,    C/O TRANS-CONTINENTAL CR & COLL,    PO BOX 5055,    WHITE PLAINS, NY 10602-5055
5152800        +POCONO MEDICAL CENTER,    206 EAST BROWN STREET,    EAST STROUDSBURG, PA 18301-3094
5152802         ST LUKES,    C/O FINANCIAL RECOVERIES,    PO BOX 1388,    MOUNT LAUREL, NJ 08054-7388
5152801        +ST LUKES,    801 OSTRUM STREET,    BETHLEHEM, PA 18015-1000
5152803         ST LUKES PHYSICIANS GROUP,    C/O FINANCIAL RECOVERIES,    PO BOX 1388,
                 MOUNT LAUREL, NJ 08054-7388
5152804        +ST LUKES UNIVERSITY HOSPITAL,    C/O FINANCIAL RECOVERIES,    PO BOX 1388,
                 MOUNT LAUREL, NJ 08054-7388
5152806        +TBOM/FORTIVA PERSONAL LOAN,    PO BOX 105555,    ATLANTA, GA 30348-5555
5152807        +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5172180        +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
5152810        +WELLS FARGO DEALER SERVICES,    PO BOX 1697,    WINTERVILLE, NC 28590-1697
5169298        +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5152768        +E-mail/Text: bankruptcydepartment@tsico.com Apr 04 2019 19:25:19      ADT LLC,
                 C/O TRANSWORLD SYSTEMS INC,    500 VIRGINIA DR SUITE 514,    FORT WASHINGTON, PA 19034-2707
5152769        +E-mail/Text: bk@avant.com Apr 04 2019 19:25:15      AVANT,    222 N LASALLE STREET,   SUITE 1700,
                 CHICAGO, IL 60601-1101
5152772         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 04 2019 19:26:40      CAPITAL ONE,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5152773         E-mail/Text: bnc-aquafinance@quantum3group.com Apr 04 2019 19:25:14
                 CULLIGAN FINANCE COMPANY,    FBO CITIZENS COMMUNITY FEDERAL NA,    PO BOX 3256,
                 MILWAUKEE, WI 53201-3256
5165286         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 04 2019 19:26:01
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5152776         E-mail/Text: bnc-bluestem@quantum3group.com Apr 04 2019 19:25:15      FINGERHUT/WEB BANK,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
5152784         E-mail/Text: cio.bncmail@irs.gov Apr 04 2019 19:24:43      IRS,   CENTRALIZED INSOLVENCY OP,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5171572         E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 04 2019 19:25:08      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
5152789        +E-mail/Text: bk@lendingclub.com Apr 04 2019 19:25:12      LENDING CLUB CORP,
                 71 STEVENSON STREET,    SUITE 1000,    SAN FRANCISCO, CA 94105-2967
5166526         E-mail/Text: ktramble@lendmarkfinancial.com Apr 04 2019 19:24:33
                 LENDMARK FINANCIAL SERVICES, LLC,    2118 USHER STREET NW,    COVINGTON, GA 30014
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5161507          E-mail/Text: bkr@cardworks.com Apr 04 2019 19:24:32      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
5152794          E-mail/Text: bkr@cardworks.com Apr 04 2019 19:24:32      MERRICK BANK CORP,    PO BOX 9201,
                  OLD BETHPAGE, NY 11804-9001
5152797         +E-mail/PDF: cbp@onemainfinancial.com Apr 04 2019 19:25:59      ONEMAIN,    PO BOX 70912,
                  CHARLOTTE, NC 28272-0912
5163756         +E-mail/PDF: cbp@onemainfinancial.com Apr 04 2019 19:26:17      OneMain,    PO Box 3251,
                  Evansville, IN 47731-3251
5152798         +E-mail/Text: bankruptcy@loanpacific.com Apr 04 2019 19:25:22      PACIFIC UNION FINANCIAL,
                  1603 LBJ FREEWAY SUITE 500,    FARMERS BRANCH, TX 75234-6071
5173896          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2019 19:26:22
                  Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
5153598         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2019 19:26:42
                  PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5163415         +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 04 2019 19:25:08      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
5176354          E-mail/Text: bnc-quantum@quantum3group.com Apr 04 2019 19:24:54
                  Quantum3 Group LLC as agent for,    CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
5176353          E-mail/Text: bnc-quantum@quantum3group.com Apr 04 2019 19:24:54
                  Quantum3 Group LLC as agent for,    Bluestem and SCUSA,    PO Box 788,
                  Kirkland, WA  98083-0788
5152805          E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2019 19:26:19      SYNCHRONY BANK,
                  ATTN BANKRUPTCY DEPT,    PO BOX 965060,   ORLANDO, FL 32896-5061
5180960         +E-mail/Text: bncmail@w-legal.com Apr 04 2019 19:25:05      SYNCHRONY BANK,
                  c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
5152808         +E-mail/Text: bankruptcydepartment@tsico.com Apr 04 2019 19:25:19      TRUGREEN,
                  C/O TRANSWORLD SYSTEMS INC,    500 VIRGINIA DR SUITE 514,    FORT WASHINGTON, PA 19034-2707
5152809         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 04 2019 19:24:35
                  VERIZON,    PO BOX 650584,   DALLAS, TX 75265-0584
                                                                                               TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5179291*        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,   Dallas, TX 75261-9096
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 William Edward Ehret, Jr.
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 2 Renee  Ehret
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                               TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William Edward Ehret Jr., aka William Ehret, aka William Edward Ehret, aka William Ehret Jr., aka William E. Ehret Jr., aka William E. Ehret, | Chapter 13 |
| | Case No. 5:19–bk–00252–RNO |
| **Debtor 1** | |
| Renee Ehret, aka Renee T. Ehret, aka Renee Theresa Ehret, | |
| **Debtor 2** | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **April 30, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: May 7, 2019<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DGeorge, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 4, 2019 |

ntcnfhrg (03/18)