IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William Edward Ehret, Jr., a/k/a William Edward Ehret a/k/a William Ehret a/k/a William Ehret, Jr., a/k/a William E. Ehret a/k/a William E. Ehret, Jr. and Renee Ehret a/k/a Renee T. Ehret a/k/a Renee Theresa Ehret<br>　　　Debtors. | BANKRUPTCY CASE NUMBER 19-00252/RNO<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　Movant,<br><br>v.<br><br>William Edward Ehret, Jr., a/k/a William Edward Ehret a/k/a William Ehret a/k/a William Ehret, Jr., a/k/a William E. Ehret a/k/a William E. Ehret, Jr. and Renee Ehret a/k/a Renee T. Ehret a/k/a Renee Theresa Ehret<br>　　　Debtors/Respondents.<br><br>Charles J. DeHart, III, Trustee<br>　　　Additional Respondent. | |

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that on May 13, 2019, our office contacted counsel for the Debtor and the Trustee and we have not received concurrence from both parties.

Respectfully submitted,

Dated: May 29, 2019

BY: /s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809
PA BAR ID #318323
pabk@logs.com

S&D File #:19-062120