```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 19-00252-RNO
William Edward Ehret, Jr.                                       Chapter 13
Renee Ehret
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1           Date Rcvd: Feb 14, 2020
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
5180416        +Citibank, N.A.,   Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              Kevin S Frankel    on behalf of Creditor     NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pa-bk@logs.com
              Robert J Kidwell, III    on behalf of Debtor 2 Renee  Ehret rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              Robert J Kidwell, III    on behalf of Debtor 1 William Edward Ehret, Jr.
               rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent   Rubino    on behalf of Debtor 1 William Edward Ehret, Jr.
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
              Vincent   Rubino    on behalf of Debtor 2 Renee  Ehret
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
              William E. Craig    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
                                                                                               TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-00252-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

William Edward Ehret, Jr.
2154 White Dove Drive
East Stroudsburg PA 18302-8158

Renee Ehret
2154 White Dove Drive
East Stroudsburg PA 18302-8158

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/14/2020.

Name and Address of Alleged Transferor(s):

Claim No. 24: Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/16/20

Terrence S. Miller
**CLERK OF THE COURT**