```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 19-00252-RNO
William Edward Ehret, Jr.                                       Chapter 13
Renee Ehret
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Jun 23, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 5322627        E-mail/PDF: pa_dc_claims@navient.com Jun 23 2020 19:18:20      NAVIENT PC TRUST,
                C/O Navient Solutions, LLC.,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              Kevin S Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pa-bk@logs.com
              Robert J Kidwell, III    on behalf of Debtor 2 Renee   Ehret rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com
              Robert J Kidwell, III    on behalf of Debtor 1 William Edward Ehret, Jr.
               rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent   Rubino    on behalf of Debtor 1 William Edward Ehret, Jr.
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com
              Vincent   Rubino    on behalf of Debtor 2 Renee   Ehret
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com
              William E. Craig    on behalf of Creditor   Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                               TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| WILLIAM EDWARD EHRET, JR. | : | CASE NO.:  5-19-bk-00252-RNO |
| aka WILLIAM EDWARD EHRET | : | |
| aka WILLIAM EHRET | : | |
| aka WILLIAMS EHRET, JR. | : | |
| aka WILLIAM E EHRET | : | |
| aka WILLIAM E EHRET, JR | : | |
| RENEE EHRET | : | |
| aka RENEE T. EHRET | : | |
| aka RENEE THERESA EHRET | : | |
| Debtors | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| NAVIENT PC TRUST | :: | |
| Claimant | : | |

## ORDER

AND NOW, at Wilkes-Barre, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 26 Navient PC Trust and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 26 of Navient PC Trust shall be deemed untimely filed.

Dated:  June 23, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge (DG)