IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 5:19-bk-00252-RNO |
| WILLIAM EDWARD EHRET JR. | § § | |
| RENEE EHRET | § | |
| DEBTOR(S) | § § § § | CHAPTER 13 |

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that **Nissan Motor Acceptance Corporation**, ("Creditor"), is withdrawing its **Proof of Claim (Claim #27-1)** in the amount of **$15,647.00** filed on **November 6, 2020**, as the claim was filed in error.

Dated: November 10, 2020

                                                            Respectfully submitted,
                                                            Bonial & Associates, P.C.

                                                            /s/ John Rafferty
                                                            John Rafferty
                                                            14841 Dallas Parkway, Suite 425
                                                           Dallas, Texas 75254
                                                           (972) 643-6600
                                                           (972) 643-6698 (Telecopier)
                                                           Email: POCInquiries@BonialPC.com
                                                           Authorized Agent for Nissan Motor Acceptance
                                                           Corporation

# CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before November 10, 2020 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
William Edward Ehret Jr.
2154 White Dove Drive
East Stroudsburg, Pennsylvania 18302-8158

**Debtor**  *Via U.S. Mail*
Renee Ehret
2154 White Dove Drive
East Stroudsburg, Pennsylvania 18302-8158

**Debtors' Attorney**
Robert J. Kidwell III
Newman Williams
712 Monroe Street
Stroudsburg, PA  18360

**Chapter 13 Trustee**
Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

Respectfully Submitted,

/s/ John Rafferty
John Rafferty