United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-00252-MJC |
| William Edward Ehret, Jr. | Chapter 13 |
| Renee Ehret | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 04, 2024 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

**Recip ID**     **Recipient Name and Address**
    KPMG, Attn: Payroll Dept., 2323 Ross Avenue, Suite 1400, Dallas, TX 75201-2721

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2024        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| Kevin S Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |

| | |
|---|---|
| Robert J Kidwell, III | on behalf of Debtor 1 William Edward Ehret Jr. rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Renee Ehret rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 William Edward Ehret Jr. lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 2 Renee Ehret lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| William E. Craig | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM EDWARD EHRET, JR.,
aka WILLIAM EDWARD EHRET,
aka WILLIAM EHRET,
aka WILLIAM E. EHRET,
aka WILLIAM E. EHRET, JR.,
aka WILLIAM EHRET, JR., and
RENEE EHRET,
aka RENEE T. EHRET,
aka RENEE THERESA EHRET,

    Debtors

CASE NO. 5:19-bk-00252-MJC

CHAPTER 13

### ORDER

Upon consideration of Debtor's Motion to Terminate Wage Attachment Order, Dkt. # 76 ("Motion"), it is hereby

**ORDERED** and **DECREED** that said Motion is hereby granted and the Wage Attachment entered in the herein case pursuant to Order dated January 24, 2019 is hereby terminated.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 3, 2024