# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: William Edward Ehret, Jr
    Renee Ehret

Case No.:5-19-00252MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 23 |
| Last Four of Loan Number: | 7395 |
| Property Address if applicable: | 2154 White Dove Dr |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $4,495.11 |
| b. | Prepetition arrearages paid by the trustee: | $4,495.11 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $6,803.36 |
| f. | Postpetition arrearage paid by the trustee: | $6,803.36 |
| g. | Total b, d, and f: | $11,298.47 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: January 23, 2024

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: William Edward Ehret, Jr
    Renee Ehret

Case No.:5-19-00252MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 23, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Vincent Rubino, Esquire
712 Monroe St
PO Box 511
Stroudsburg PA 18360-0511

**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741

William Edward Ehret, Jr
Renee Ehret
2154 White Dove Dr
East Stroudsburg PA 18302

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 23, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-00252  **WILLIAM EDWARD EHRET, JR.**

NATIONSTAR MORTGAGE
PO BOX 619094

DALLAS, TX  75261-9741

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

Acct No: #7395/white dove dr/post ar

07/19 1AP POST ARREARS   12/20 AMENDED POST ARREARS   12/20 4AP (STIP)

|  | Debt: | $6,803.36 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: | $0.00 | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: $6,803.36 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DisbDescrp |
| **5210** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 521-0 | NATIONSTAR MORTGAGE | | 07/13/2022 | 2014855 | $621.19 | $0.00 | $621.19 | 07/21/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 06/14/2022 | 2013890 | $632.23 | $0.00 | $632.23 | 06/24/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 05/17/2022 | 2012851 | $632.23 | $0.00 | $632.23 | 05/25/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 04/12/2022 | 2011777 | $632.23 | $0.00 | $632.23 | 04/21/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 03/16/2022 | 2010760 | $632.24 | $0.00 | $632.24 | 03/24/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 02/16/2022 | 2009777 | $632.23 | $0.00 | $632.23 | 02/28/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 01/19/2022 | 2008798 | $420.44 | $0.00 | $420.44 | 02/01/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 12/15/2021 | 2007791 | $527.90 | $0.00 | $527.90 | 12/24/2021 |
| 521-0 | NATIONSTAR MORTGAGE | | 11/16/2021 | 2006765 | $948.34 | $0.00 | $948.34 | 11/24/2021 |
| 521-0 | NATIONSTAR MORTGAGE | | 10/14/2021 | 2005736 | $650.93 | $0.00 | $650.93 | 10/21/2021 |
| 521-0 | NATIONSTAR MORTGAGE | | 09/14/2021 | 2004691 | $473.40 | $0.00 | $473.40 | 09/22/2021 |

**Sub-totals:** $6,803.36   $0.00   $6,803.36

**Grand Total:** $6,803.36   $0.00

# Disbursements for Claim

**Case:** 19-00252    **WILLIAM EDWARD EHRET, JR.**

**NATIONSTAR MORTGAGE**
PO BOX 619094
DALLAS, TX  75261-9741

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** 2154 White Dove Dr - PRE-AR

ARREARS - 2154 WHITE DOVE DRIVE        05/19 AMENDED PRE ARREARS

| | | Debt: | $4,495.11 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $184,934.95 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $4,495.11 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |

**5200    NATIONSTAR MORTGAGE**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | NATIONSTAR MORTGAGE | | 07/13/2022 | 2014855 | $410.43 | $0.00 | $410.43 | 07/21/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 06/14/2022 | 2013890 | $417.73 | $0.00 | $417.73 | 06/24/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 05/17/2022 | 2012851 | $417.73 | $0.00 | $417.73 | 05/25/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/12/2022 | 2011776 | $417.73 | $0.00 | $417.73 | 04/21/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/16/2022 | 2010760 | $417.72 | $0.00 | $417.72 | 03/24/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 02/16/2022 | 2009777 | $417.73 | $0.00 | $417.73 | 02/28/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/19/2022 | 2008798 | $277.79 | $0.00 | $277.79 | 02/01/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 12/15/2021 | 2007791 | $348.80 | $0.00 | $348.80 | 12/24/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/16/2021 | 2006765 | $626.59 | $0.00 | $626.59 | 11/24/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/14/2021 | 2005736 | $430.07 | $0.00 | $430.07 | 10/21/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/14/2021 | 2004691 | $312.79 | $0.00 | $312.79 | 09/22/2021 |

**Sub-totals:** $4,495.11    $0.00    $4,495.11

**Grand Total:** $4,495.11    $0.00