United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
William Edward Ehret, Jr.  
Renee Ehret  
    Debtors

Case No. 19-00252-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 5  
Date Rcvd: Jan 30, 2024     Form ID: 3180W     Total Noticed: 77

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | William Edward Ehret, Jr., Renee Ehret, 2154 White Dove Drive, East Stroudsburg, PA 18302-8158 |
| 5152771 | + | BERKHEIMER TAX ADMINISTRATION, 50 NORTH SEVENTH STREET, BANGOR, PA 18013-1795 |
| 5157980 | + | Berkheimer,Middle Smithfield twp/E. Stroudsburg SD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5152775 | | DIRECTV, C/O DIVERSIFIED CONSULTANTS INC, PO BOX 1391, SOUTHGATE, MI 48195-0391 |
| 5152777 | + | FIRST ENERGY MET ED, C/O ASSOCIATED CREDIT SVS, 115 FLANDERS ROAD STE 140, WESTBOROUGH, MA 01581-1087 |
| 5152782 | + | FORTIVA PL/TBOM, 5 CONCOURSE PARKWAY, SUITE 400, ATLANTA, GA 30328-9114 |
| 5152783 | | HEALTH NETWORK LABORATORIES, 794 ROBLE ROAD, ALLENTOWN, PA 18109-9110 |
| 5152785 | | KPMG, 2323 ROSS AVENUE, SUITE 1400, DALLAS, TX 75201-2721 |
| 5152786 | + | LEHIGH VALLEY ANES SERV, LOCK BOX 3367 PO BOX 8500, PHILADELPHIA, PA 19178-0001 |
| 5152787 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 4067, ALLENTOWN, PA 18105-4067 |
| 5152790 | | LENDING CLUB CORPORATION, C/O VITAL RECOVERY SERVICES LLC, PO BOX 923748, PEACHTREE CORNERS, GA 30010-3748 |
| 5152791 | + | LENDMARK FINANCIAL SERVICES, 2959 ROUTE 611 STE 105, TANNERSVILLE, PA 18372-7926 |
| 5152792 | | MEDICAL IMAGING OF LEHIGH VALLEY, 2 MERIDIAN BLVD 2ND FL, WYOMISSING, PA 19610-3202 |
| 5152795 | + | NAVIENT, C/O EIS COLLECTIONS, PO BOX 1370, REYNOLDSBURG, OH 43068-6370 |
| 5152800 | + | POCONO MEDICAL CENTER, 206 EAST BROWN STREET, EAST STROUDSBURG, PA 18301-3094 |
| 5152801 | + | ST LUKES, 801 OSTRUM STREET, BETHLEHEM, PA 18015-1000 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2024 18:46:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 30 2024 18:46:00 | Nissan Motor Acceptance Corporation, P.O. Box 660366, Dallas, TX 75266-0366, UNITED STATES 75266-0366 |
| cr | + | EDI: PRA.COM | Jan 30 2024 23:44:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bncmail@w-legal.com | Jan 30 2024 18:46:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 5152768 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 30 2024 18:46:00 | ADT LLC, C/O TRANSWORLD SYSTEMS INC, 500 VIRGINIA DR SUITE 514, FORT WASHINGTON, PA 19034-2733 |
| 5152769 | + | Email/Text: bk@avant.com | Jan 30 2024 18:46:00 | AVANT, 222 N LASALLE STREET, SUITE 1700, CHICAGO, IL 60601-1101 |
| 5152770 | + | EDI: TSYS2 | Jan 30 2024 23:44:00 | BARCLAYS BANK, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5152772 | | EDI: CAPITALONE.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 30 2024 23:44:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5152773 | | EDI: AQUAFINANCE.COM | Jan 30 2024 23:44:00 | CULLIGAN FINANCE COMPANY, FBO CITIZENS COMMUNITY FEDERAL NA, PO BOX 3256, MILWAUKEE, WI 53201-3256 |
| 5161508 | | Email/PDF: CreditorBK@Resurgent.com | Jan 30 2024 18:45:24 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5165286 | | EDI: CAPITALONE.COM | Jan 30 2024 23:44:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5180416 | + | EDI: CITICORP | Jan 30 2024 23:44:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5152774 | | EDI: DIRECTV.COM | Jan 30 2024 23:44:00 | DIRECTV, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE, CO 80155-6550 |
| 5176170 | | EDI: DIRECTV.COM | Jan 30 2024 23:44:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5152776 | | EDI: BLUESTEM | Jan 30 2024 23:44:00 | FINGERHUT/WEB BANK, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 5152778 | | Email/Text: BNSFN@capitalsvcs.com | Jan 30 2024 18:46:00 | FIRST NATIONAL CREDIT, 500 E 60TH ST N, SIOUX FALLS, SD 57104-0478 |
| 5152779 | | Email/Text: BNSFN@capitalsvcs.com | Jan 30 2024 18:46:00 | FIRST NATIONAL CREDIT CARD, PO BOX 5097, SIOUX FALLS, SD 57117-5097 |
| 5152780 | | EDI: AMINFOFP.COM | Jan 30 2024 23:44:00 | FIRST PREMIER, 3820 N LOUISE AVENUE, SIOUX FALLS, SD 57107-0145 |
| 5152781 | | EDI: AMINFOFP.COM | Jan 30 2024 23:44:00 | FIRST PREMIER BANK, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 5152784 | | EDI: IRS.COM | Jan 30 2024 23:44:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5171572 | | EDI: JEFFERSONCAP.COM | Jan 30 2024 23:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5152788 | | Email/Text: bankruptcies@penncredit.com | Jan 30 2024 18:46:00 | LEHIGH VALLEY HOSPITAL, C/O PENN CREDIT, PO BOX 988, HARRISBURG, PA 17108-0988 |
| 5152789 | + | EDI: LENDNGCLUB | Jan 30 2024 23:44:00 | LENDING CLUB CORP, 71 STEVENSON STREET, SUITE 1000, SAN FRANCISCO, CA 94105-2967 |
| 5166526 | | Email/Text: ktramble@lendmarkfinancial.com | Jan 30 2024 18:46:00 | LENDMARK FINANCIAL SERVICES, LLC, 2118 USHER STREET NW, COVINGTON, GA 30014 |
| 5272256 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 18:55:55 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5272255 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 18:55:55 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5152793 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 30 2024 18:46:00 | MERCURY CARD SERVICES, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 5161507 | | Email/PDF: CreditorBK@Resurgent.com | Jan 30 2024 18:45:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5152794 | | Email/PDF: CreditorBK@Resurgent.com | Jan 30 2024 18:55:55 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5322627 | | EDI: NAVIENTFKASMSERV.COM | Jan 30 2024 23:44:00 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 5152796 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 30 2024 18:46:00 | NISSAN MOTOR ACCEPTANCE CORP, BANKRUPTCY DEPARTMENT, PO BOX 660366, DALLAS, TX 75266-0366 |
| 5169128 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2024 18:46:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5372464 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 30 2024 18:46:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Tx 75001-9013 |
| 5152797 | + EDI: AGFINANCE.COM | Jan 30 2024 23:44:00 | ONEMAIN, PO BOX 70912, CHARLOTTE, NC 28272-0912 |
| 5163756 | + EDI: AGFINANCE.COM | Jan 30 2024 23:44:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5152798 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2024 18:46:00 | PACIFIC UNION FINANCIAL, 1603 LBJ FREEWAY SUITE 500, FARMERS BRANCH, TX 75234-6071 |
| 5152799 | + Email/Text: blindsay@transcontinentalcredit.com | Jan 30 2024 18:46:00 | POCONO MEDICAL, C/O TRANS-CONTINENTAL CR & COLL, PO BOX 5055, WHITE PLAINS, NY 10602-5055 |
| 5229291 | EDI: PRA.COM | Jan 30 2024 23:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5229292 | EDI: PRA.COM | Jan 30 2024 23:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5173896 | EDI: PRA.COM | Jan 30 2024 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5153598 | + EDI: PRA.COM | Jan 30 2024 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5163415 | + EDI: JEFFERSONCAP.COM | Jan 30 2024 23:44:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5204935 | EDI: Q3G.COM | Jan 30 2024 23:44:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5176353 | EDI: Q3G.COM | Jan 30 2024 23:44:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5204936 | + EDI: Q3G.COM | Jan 30 2024 23:44:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5176354 | EDI: Q3G.COM | Jan 30 2024 23:44:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5152802 | ^ MEBN | Jan 30 2024 18:40:58 | ST LUKES, C/O FINANCIAL RECOVERIES, PO BOX 1388, MOUNT LAUREL, NJ 08054-7388 |
| 5152803 | ^ MEBN | Jan 30 2024 18:40:59 | ST LUKES PHYSICIANS GROUP, C/O FINANCIAL RECOVERIES, PO BOX 1388, MOUNT LAUREL, NJ 08054-7388 |
| 5152804 | ^ MEBN | Jan 30 2024 18:41:00 | ST LUKES UNIVERSITY HOSPITAL, C/O FINANCIAL RECOVERIES, PO BOX 1388, MOUNT LAUREL, NJ 08054-7388 |
| 5180960 | + Email/Text: bncmail@w-legal.com | Jan 30 2024 18:46:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5152805 | EDI: SYNC | Jan 30 2024 23:44:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5061 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5447475 | + | Email/Text: bncmail@w-legal.com | Jan 30 2024 18:46:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121, Scolopax, LLC, C/O Weinstein & Riley, P.S. 98121-3132 |
| 5447474 | + | Email/Text: bncmail@w-legal.com | Jan 30 2024 18:46:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 5263587 | + | EDI: PRA.COM | Jan 30 2024 23:44:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5152806 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 30 2024 18:46:00 | TBOM/FORTIVA PERSONAL LOAN, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 5152807 | + | EDI: CITICORP | Jan 30 2024 23:44:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5152808 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 30 2024 18:46:00 | TRUGREEN, C/O TRANSWORLD SYSTEMS INC, 500 VIRGINIA DR SUITE 514, FORT WASHINGTON, PA 19034-2733 |
| 5172180 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 30 2024 18:46:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 5152809 | + | EDI: VERIZONCOMB.COM | Jan 30 2024 23:44:00 | VERIZON, PO BOX 650584, DALLAS, TX 75265-0584 |
| 5152810 | + | EDI: WFFC2 | Jan 30 2024 23:44:00 | WELLS FARGO DEALER SERVICES, PO BOX 1697, WINTERVILLE, NC 28590-1697 |
| 5169298 | + | EDI: WFFC2 | Jan 30 2024 23:44:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 61

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5179291 | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5302047 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5302048 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5447477 | *+ | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121, Scolopax, LLC, C/O Weinstein & Riley, P.S. 98121-3132 |
| 5447476 | *+ | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0314-5 | User: AutoDocke | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: 3180W | Total Noticed: 77 |

Date: Feb 01, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| Kevin S Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| Michelle McGowan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mimcgowan@raslg.com |
| Robert J Kidwell, III | on behalf of Debtor 1 William Edward Ehret Jr. rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Renee Ehret rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Renee Ehret lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 William Edward Ehret Jr. lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| William E. Craig | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 14

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | William Edward Ehret Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9586<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Renee Ehret<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3020<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–00252–MJC | |

# Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Edward Ehret Jr.
aka William Ehret, aka William Edward Ehret,
aka William Ehret Jr., aka William E. Ehret Jr.,
aka William E. Ehret

Renee Ehret
aka Renee T. Ehret, aka Renee Theresa Ehret

1/30/24

**By the court:**

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2