UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT DISTRICT OF PENNSYLVANIA
WILKES BARRE DIVISION

In re: WILLIAM EDWARD EHRET, JR. § Case No. 5:19-bk-00252
       RENEE EHRET §
                                      §
                                      §
           Debtor(s)                  §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jack N. Zaharopoulos, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 01/22/2019.

2) The plan was confirmed on 05/08/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 07/01/2019, 07/26/2019, 08/26/2019, 09/20/2019, 09/03/2020, 10/01/2020, 12/22/2020, 01/21/2021.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 01/03/2024.

6) Number of months from filing or conversion to last payment: 59.

7) Number of months case was pending: 60.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,761.00.

10) Amount of unsecured claims discharged without full payment: $89,411.02.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 67,275.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 67,275.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 6,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 4,816.54 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 10,816.54 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VINCENT RUBINO, ESQUIRE | Lgl | 0.00 | NA | NA | 6,000.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE | Sec | 21,479.16 | 20,575.04 | 1,153.36 | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE | Uns | 0.00 | 15,647.00 | 15,647.00 | 3,154.71 | 0.00 |
| NISSAN MOTOR ACCEPTANCE | Sec | 26,947.97 | 25,825.91 | 1,366.54 | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE | Uns | 0.00 | 22,969.73 | 22,969.73 | 4,631.11 | 0.00 |
| BERKHEIMER | Pri | 4,309.88 | 4,420.97 | 4,420.97 | 4,420.97 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,279.11 | 1,176.81 | 1,176.81 | 237.27 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,146.84 | 1,060.19 | 1,060.19 | 213.76 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Uns | 638.00 | 638.74 | 638.74 | 128.78 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Uns | 1,043.00 | 1,043.77 | 1,043.77 | 210.44 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 11,121.96 | 7,457.74 | 7,457.74 | 1,503.61 | 0.00 |
| AIS PORTFOLIO SERVICES, LP | Uns | 5,142.88 | 5,361.36 | 5,361.36 | 1,080.94 | 0.00 |
| CAPITAL ONE BANK | Uns | 595.56 | 956.21 | 956.21 | 192.79 | 0.00 |
| SCOLOPAX, LLC | Uns | 8,399.04 | 5,321.46 | 5,321.46 | 1,072.90 | 0.00 |
| SCOLOPAX, LLC | Uns | 2,874.08 | 2,564.42 | 2,564.42 | 517.04 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 27,851.61 | 36,443.86 | 21,153.40 | 21,153.40 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 9,250.35 | 36,443.86 | 15,290.46 | 3,082.83 | 0.00 |
| WELLS FARGO | Sec | 7,446.48 | 7,362.06 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS | Uns | 4,489.00 | 4,829.51 | 4,829.51 | 973.72 | 0.00 |
| THE BANK OF MISSOURI | Uns | 1,278.00 | 1,278.03 | 1,278.03 | 257.68 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 957.00 | 1,080.50 | 1,080.50 | 217.85 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 1,039.79 | 658.19 | 658.19 | 132.70 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 3,119.00 | 3,338.72 | 3,338.72 | 673.14 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 270.35 | 270.35 | 270.35 | 54.51 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,464.23 | 1,704.80 | 1,704.80 | 343.72 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 960.00 | 1,158.84 | 1,158.84 | 233.64 | 0.00 |
| NATIONSTAR MORTGAGE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 627.00 | 701.46 | 701.46 | 141.42 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 2,634.01 | 2,634.01 | 531.06 | 0.00 |
| NAVIENT SOLUTIONS, INC | Uns | 28,849.94 | 29,836.18 | 29,836.18 | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE | Uns | 0.00 | 15,647.00 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE | Sec | 184,934.95 | 187,345.77 | 4,495.11 | 4,495.11 | 0.00 |
| NATIONSTAR MORTGAGE | Sec | 0.00 | 187,345.77 | 6,803.36 | 6,803.36 | 0.00 |
| KPMG | Sec | 19,916.15 | NA | NA | 0.00 | 0.00 |
| ADT LLC | Uns | 318.12 | NA | NA | 0.00 | 0.00 |
| CULLIGAN FINANCE COMPANY | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| FIRST ENERGY MET ED | Uns | 1,232.69 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT CARD | Uns | 1,071.88 | NA | NA | 0.00 | 0.00 |
| HEALTH NETWORK LABORATORIES | Uns | 12.94 | NA | NA | 0.00 | 0.00 |
| LEHIGH VALLEY ANES SERV | Uns | 85.44 | NA | NA | 0.00 | 0.00 |
| LEHIGH VALLEY HEALTH | Uns | 1,215.62 | NA | NA | 0.00 | 0.00 |
| LEHIGH VALLEY HOSPITAL | Uns | 632.24 | NA | NA | 0.00 | 0.00 |
| LENDING CLUB CORPORATION | Uns | 11,112.96 | NA | NA | 0.00 | 0.00 |
| MEDICAL IMAGING OF LEHIGH | Uns | 50.11 | NA | NA | 0.00 | 0.00 |
| MEDICAL IMAGING OF LEHIGH | Uns | 10.50 | NA | NA | 0.00 | 0.00 |
| MERCURY CARD SERVICES | Uns | 1,470.93 | NA | NA | 0.00 | 0.00 |
| POCONO MEDICAL | Uns | 735.64 | NA | NA | 0.00 | 0.00 |
| POCONO MEDICAL | Uns | 22.79 | NA | NA | 0.00 | 0.00 |
| POCONO MEDICAL | Uns | 773.83 | NA | NA | 0.00 | 0.00 |
| POCONO MEDICAL | Uns | 177.38 | NA | NA | 0.00 | 0.00 |
| POCONO MEDICAL CENTER | Uns | 229.03 | NA | NA | 0.00 | 0.00 |
| ST LUKES | Uns | 187.04 | NA | NA | 0.00 | 0.00 |
| ST LUKES | Uns | 140.32 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ST LUKES | Uns | 856.68 | NA | NA | 0.00 | 0.00 |
| ST LUKES | Uns | 849.67 | NA | NA | 0.00 | 0.00 |
| ST LUKES | Uns | 187.04 | NA | NA | 0.00 | 0.00 |
| ST LUKES PHYSICIANS GROUP | Uns | 177.56 | NA | NA | 0.00 | 0.00 |
| ST LUKES UNIVERSITY HOSPITAL | Uns | 2,332.85 | NA | NA | 0.00 | 0.00 |
| TRUGREEN | Uns | 254.25 | NA | NA | 0.00 | 0.00 |
| VERIZON | Uns | 54.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 4,495.11 | $ 4,495.11 | $ 0.00 |
| Debt Secured by Vehicle | $ 2,519.90 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 6,803.36 | $ 6,803.36 | $ 0.00 |
| **TOTAL SECURED:** | $ 13,818.37 | $ 11,298.47 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 25,574.37 | $ 25,574.37 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 25,574.37 | $ 25,574.37 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 126,978.48 | $ 19,585.62 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 10,816.54 |
| Disbursements to Creditors | $ 56,458.46 |
| **TOTAL DISBURSEMENTS:** | $ 67,275.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 02/07/2024      By: /s/ Jack N. Zaharopoulos
                                                       STANDING CHAPTER 13 TRUSTEE

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)