| | |
|---|---|
| In re: | Case No. 19-00252-MJC |
| William Edward Ehret, Jr. | Chapter 13 |
| Renee Ehret | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 12, 2024 | Form ID: fnldec | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | William Edward Ehret, Jr., Renee Ehret, 2154 White Dove Drive, East Stroudsburg, PA 18302-8158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 14, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| Kevin S Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |

Michelle McGowan
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mimcgowan@raslg.com

Michelle McGowan
    on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

Robert J Kidwell, III
    on behalf of Debtor 1 William Edward Ehret Jr. rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Robert J Kidwell, III
    on behalf of Debtor 2 Renee Ehret rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
    on behalf of Debtor 1 William Edward Ehret Jr. lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

Vincent Rubino
    on behalf of Debtor 2 Renee Ehret lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

William E. Craig
    on behalf of Creditor Nissan Motor Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William Edward Ehret Jr., aka William Ehret, aka William Edward Ehret, aka William Ehret Jr., aka William E. Ehret Jr., aka William E. Ehret, | Chapter 13 |
| | Case No. 5:19−bk−00252−MJC |
| **Debtor 1** | |
| Renee Ehret, aka Renee T. Ehret, aka Renee Theresa Ehret, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−9586    xxx−xx−3020

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: March 12, 2024

**fnldec** (01/22)